# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1719

_____

Oscar Gonzalez-Acevedo

*Petitioner*

v.

Eric H. Holder, Jr.

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: December 16, 2014
Filed: December 22, 2014
[Unpublished]

_____

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Salvadoran citizen Oscar Gonzalez-Acevedo petitions for review of an order of
the Board of Immigrations Appeals upholding an immigration judge's decision

denying withholding of removal.[1]  After careful consideration, we conclude that substantial evidence supports the denial:  Gonzalez-Acevedo failed to establish a clear probability that his life or freedom would be threatened in El Salvador because of his membership in a particular social group.  See De Castro-Gutierrez v. Holder, 713 F.3d 375, 380 (8th Cir. 2013).  The petition for review is denied.  See 8th Cir. R. 47B.

_____

[1]The rulings denying asylum and relief under the Convention Against Torture are not before us in this petition for review.